**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:08cr188**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **MARIO EDWARD ROANE.** | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the case.

On August 28, 2008, the Defendant was charged in a two-count bill

of indictment with bank robbery by force, violence, and intimidation, in

violation of 18 U.S.C. §2113(a). An arrest warrant was issued. The

Defendant's initial appearance was on September 23, 2008 at which time

the Court approved the appointment of counsel. The Defendant's

arraignment was on September 26, 2008, at which time the Defendant

appeared through appointed counsel and his case was placed on the

October 14, 2008 calendar for trial.

"Unless the defendant consents in writing to the contrary, the trial

shall not commence less than thirty days from the date on which the

defendant first appears through counsel or expressly waives counsel and elects to proceed pro se." 18 U.S.C. §3161(c)(2). The Defendant here has not so consented and thus, his trial may not start less than thirty days from his appearance with counsel.

In addition, the Court finds that counsel would not have an adequate opportunity to prepare for trial, taking into account the exercise of due diligence. The Court therefore finds that a failure to grant the continuance "would unreasonably deny the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. §3161(h)(8)(B)(iv).

For the reasons stated herein, the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

**IT IS, THEREFORE, ORDERED** that the above-captioned case is **CONTINUED** from the October 14, 2008 term in the Charlotte Division.

Signed: September 26, 2008

Martin Reidinger
United States District Judge